UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; STATE OF NEW YORK; STATE OF COLORADO; PEOPLE OF THE STATE OF CALIFORNIA; STATE OF ARIZONA; STATE OF CONNECTICUT; STATE OF DELAWARE; THE DISTRICT OF COLUMBIA; STATE OF HAWAI'I; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; and STATE OF WISCONSIN,<br><br>      Plaintiffs,<br><br>      v.<br><br>U.S. DEPARTMENT OF EDUCATION and LINDA McMAHON, in her official capacity as SECRETARY OF THE U.S. DEPARTMENT OF EDUCATION,<br><br>      Defendants. | Case No. 1:25-cv-13244 |

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

As reflected in the attached affidavit, Plaintiffs have served the United States of America in accordance with Fed. R. Civ. P. 4(i)(1) and have served the U.S. Department of Education and Linda McMahon, in in her official capacity as Secretary of the Department of Education, in accordance with Fed. R. Civ. P. 4(i)(2).

Accordingly, all Defendants have been served with a summons and a copy of the complaint (Doc. No. 1, with attachments).

November 5, 2025                    Respectfully submitted,

**ANDREA JOY CAMPBELL**
Attorney General
Commonwealth of Massachusetts

By: /s/ *Victoria Roytenberg*
Victoria Roytenberg (BBO #685283)
*Assistant Attorney General*
Michael Turi (BBO # 706205)
*Deputy Chief, Consumer Protection Division*
Yael Shavit (BBO #695333)
*Chief, Consumer Protection Division*
1 Ashburton Pl.
Boston, MA 02108
(617) 963-2387
victoria.roytenberg@mass.gov
michael.turi@mass.gov
yael.shavit@mass.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Date: November 5, 2025                         /s/ *Victoria Roytenberg*
                                                Victoria Roytenberg

# **Exhibit 1**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION and LINDA MCMAHON in her official capacity as SECRETARY OF THE U.S. DEPARTMENT OF EDUCATION,<br><br>    Defendants. | Civil Action No. 1: 25-cv-13244 |

## DECLARATION OF CERTIFIED MAIL SERVICE ON DEFENDANTS

I hereby declare as follows:

    1. I am over the age of eighteen and am not a party to this litigation.

    2. I received summonses directed to defendants United States Department of Education and Linda McMahon, in her official capacity as Secretary of the Department of Education.

    3. On November 4, 2025, I sent copies of the summonses described in the preceding paragraph, along with copies of the Complaint (Dkt. No. 1 and attachments), by certified mail to the defendants as follows:

        (a) United States Department of Education
            General Counsel
            400 Maryland Ave, SW
            Washington, D.C. 20202

        (b) Linda McMahon, in her official capacity as Secretary of the Department of Education
            General Counsel
            United State Department of Education

400 Maryland Ave, SW
Washington, D.C. 20202

4. Additionally, I sent copies of the summonses for all defendants and the aforementioned Complaint to:

    a. The civil process-clerk via the U.S. Attorney's Office for the District Of Massachusetts, at One Courthouse Way, 9th Floor, Boston MA 02210, pursuant to Federal Rule of Civil Procedure 4(i)(l)(A)(ii), and

    b. The United States of America, via the Attorney General of the United States, at 950 Pennsylvania Ave. NW, Washington, DC 20530, pursuant to Federal Rule of Civil Procedure 4(i)(l)(B).

I declare under penalty of perjury that the foregoing is true and correct.

Date: 11-5-2025

_Christine M. Sullivan_
Signature

_Christine M. Sullivan_
Printed Name