UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-13244 |

## PLAINTIFF STATES' MOTION FOR SUMMARY JUDGMENT AND REQUEST FOR ORAL ARGUMENT

Plaintiffs Commonwealth of Massachusetts, State of New York, State of Colorado, People of the State of California, State of Arizona, State of Connecticut, State of Delaware, the District of Columbia, State of Hawaiʻi, State of Illinois, State of Maine, State of Maryland, State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of Oregon, State of Rhode Island, State of Vermont, Commonwealth of Virginia, State of Washington, and State of Wisconsin (together, "Plaintiffs"), respectfully move for summary judgment, pursuant to Fed. R. Civ. P. 56 and the Court's December 11, 2025, Electronic Scheduling Order, Doc. No. 82.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Plaintiff States believe that oral argument would assist the Court because this case concerns complicated and important issues affecting the public interest. Thus, Plaintiff States wish to be heard on their motion for summary judgment.

For the reasons detailed in Plaintiffs' accompanying Memorandum of Law, Plaintiffs seek a judgment in the form of the Proposed Order attached hereto.

Dated: February 13, 2026                                Respectfully Submitted,

**ANDREA JOY CAMPBELL**
  Attorney General of Massachusetts

By: /s/ *Victoria Roytenberg*
Victoria Roytenberg, BBO No. 685283
  *Assistant Attorney General*
Michael Turi, BBO No. 706205
  *Deputy Chief, Consumer Protection*
  *Division*
Yael Shavit, BBO No. 695333
  *Chief, Consumer Protection Division*
Office of the Attorney General
1 Ashburton Pl.
Boston, MA 02108
(617) 963-2387
victoria.roytenberg@mass.gov
michael.turi@mass.gov
yael.shavit@mass.gov

*Attorneys for the Commonwealth of Massachusetts*

**LETITIA JAMES**
  Attorney General of New York

By: /s/ *Jessica Ranucci*
Jessica Ranucci*
  *Special Counsel*
Shanna Tallarico*
  *Assistant Attorney General*
28 Liberty Street
New York, NY 10005
(929) 736-3392
jessica.ranucci@ag.ny.gov
shanna.tallarico@ag.ny.gov

*Attorneys for the State of New York*

**PHILIP J. WEISER**
  Attorney General of Colorado

By: /s/ *Martha U. Fulford*
Martha Upton Fulford*
  *Assistant Deputy Attorney General*
Sam Wolter*
  *Assistant Attorney General*
Colorado Department of Law
1300 Broadway, #10
Denver, CO 80203
720-508-6000
Martha.fulford@coag.gov
Samuel.wolter@coag.gov

*Attorneys for the State of Colorado*

**ROB BONTA**
  Attorney General for the State of California

By: /s/ *Daniel A. Osborn*
Nicklas A. Akers, BBO No. 671415
  *Senior Assistant Attorney General*
Bernard A. Eskandari*
  *Supervising Deputy Attorney General*
Daniel A. Osborn*
Caroline E. Wilson*
  *Deputy Attorneys General*
1300 I Street
Sacramento, CA 95814
Nicklas.Akers@doj.ca.gov
Bernard.Eskandari@doj.ca.gov
Daniel.Osborn@doj.ca.gov
Callie.Wilson@doj.ca.gov

*Attorneys for the People of the State of California*

**KRISTIN K. MAYES**
   Attorney General of Arizona

By: */s/ Kathryn E. Boughton*
Kathryn E. Boughton*
   *Assistant Attorney General*
Office of the Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004
(602) 542-3333
Kathryn.Boughton@azag.gov
ACL@azag.gov

*Attorney for the State of Arizona*

**KATHLEEN JENNINGS**
   Attorney General of the State of Delaware

By: */s/ Vanessa L. Kassab*
Ian R. Liston*
   *Director of Impact Litigation*
Vanessa L. Kassab*
   *Deputy Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Attorneys for the State of Delaware*

**ANNE E. LOPEZ**
   Attorney General for the State of Hawaiʻi

By: */s/ Kalikoʻonālani D. Fernandes*
David D. Day*
   *Special Assistant to the Attorney General*
Kalikoʻonālani D. Fernandes*
   *Solicitor General*
425 Queen Street

**WILLIAM TONG**
   Attorney General of Connecticut

By: */s/ Michael K. Skold*
Michael K. Skold*
   *Solicitor General*
165 Capitol Ave
Hartford, CT 06106
(860) 808-5020
Michael.skold@ct.gov

*Attorney for the State of Connecticut*

**BRIAN L. SCHWALB**
   Attorney General for the District of Columbia

By: */s/ Lindsay Marks*
Lindsay Marks*
   *Assistant Attorney General*
   *Public Advocacy Division*
Office of the Attorney General
for the District of Columbia
400 6th Street, N.W., 10th Floor
Washington, D.C. 20001
(202) 724-6649
lindsay.marks@dc.gov

*Attorney for the District of Columbia*

**KWAME RAOUL**
   Attorney General of Illinois

By: */s/ Katharine Roller*
Katharine Roller*
   *Complex Litigation Counsel*
Sarah J. Gallo*
   *Ethics Unit Supervisor*
Office of the Illinois Attorney General

<div style="columns:2">

Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov

*Attorneys for the State of Hawaiʻi*

**AARON M. FREY**
  Attorney General for the State of Maine

By: */s/ Christina M. Moylan*
Christina M. Moylan*
  *Assistant Attorney General*
Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006
Tel.: 207-626-8800
Fax: 207-287-3145
christina.moylan@maine.gov

*Attorney for the State of Maine*


**DANA NESSEL**
  Attorney General of Michigan

By: */s/ Neil Giovanatti*
Neil Giovanatti*
Daniel Ping*
  *Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
PingD@michigan.gov

*Attorneys for the State of Michigan*


**AARON D. FORD**
  Attorney General of Nevada

By: */s/ K. Brunetti Ireland*
K. Brunetti Ireland*
  *Chief of Special Litigation*

115 LaSalle Street
Chicago, IL 60603
(773) 519-1842
Katharine.roller@ilag.gov
Sarah.gallo@ilag.gov

*Attorneys for the State of Illinois*

**ANTHONY G. BROWN**
  Attorney General of Maryland

By: */s/ Keith M. Jamieson*
Keith M. Jamieson*
  *Assistant Attorney General*
Office of the Attorney General
200 Saint Paul Place
Baltimore, Maryland 21202
(410) 576-6960
kjamieson@oag.state.md.us

*Attorney for the State of Maryland*

**KEITH ELLISON**
  Attorney General of Minnesota

By: */s/ Adam Welle*
Adam Welle*
  *Assistant Attorney General*
445 Minnesota Street, Suite 800
St. Paul, MN 55101
(651) 757-1425
Adam.welle@ag.state.mn.us

*Attorney for the State of Minnesota*


**JENNIFER DAVENPORT**
  Acting Attorney General of New Jersey

By: */s/ Andrew H. Yang*
Andrew H. Yang**
  *Deputy Attorney General*

</div>

Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
kireland@ag.nv.gov

*Attorney for the State of Nevada*

**RAÚL TORREZ**
    Attorney General of the State of New Mexico

By: */s/ Olivia den Dulk*
Olivia den Dulk*
   *Assistant Attorney General*
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501
505-270-4332
odendulk@nmdoj.gov

*Attorney for the State of New Mexico*

**PETER F. NERONHA**
    Attorney General of Rhode Island

By: */s/ Chandana Pandurangi*
Chandana Pandurangi*
   *Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2806
cpandurangi@riag.ri.gov

*Attorney for the State of Rhode Island*

**JAY JONES**
Attorney General of Virginia
By: */s/ Tillman J. Breckenridge*

Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5278
Andrew.Yang@law.njoag.gov

*Attorneys for the State of New Jersey*

**DAN RAYFIELD**
    Attorney General of Oregon

By: */s/ Leanne Hartmann*
Leanne Hartmann, BBO #667852
   *Senior Assistant Attorney General*
Kate E. Morrow*
   *Assistant Attorney General*
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel (971) 673-1880
Fax (971) 673-5000
Leanne.Hartmann@doj.oregon.gov
Kate.E.Morrow@doj.oregon.gov

*Attorneys for the State of Oregon*

**CHARITY R. CLARK**
    Attorney General for the State of Vermont

By: */s/ Ryan P. Kane*
Ryan P. Kane*
   *Deputy Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-2153
Ryan.kane@vermont.gov

*Attorney for the State of Vermont*

**NICHOLAS W. BROWN**
    Attorney General of Washington
By: */s/ Erica R. Franklin*

Tillman J. Breckenridge**
  *Solicitor General*
Mikaela A. Phillips**
  *Assistant Solicitor General*
Office of the Attorney General
202 N. 9th Street
Richmond, Virginia 23219
Tel: (804) 786-2071
Fax: (804) 786-1991
solicitorgeneral@oag.state.va.us
mphillips@oag.state.va.us

*Attorneys for the Commonwealth of Virginia*

Erica R. Franklin*
Julia Doyle*
  *Assistant Attorneys General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
Erica.Franklin@atg.wa.gov
Julie.Doyle@atg.wa.gov

*Attorneys for the State of Washington*


**JOSHUA L. KAUL**
  Attorney General of Wisconsin
By: */s/ Samuel T. Ward-Packard*
Samuel T. Ward-Packard*
  *Assistant Attorney General*
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-8938
samuel.ward-packard@wisdoj.gov

*Attorney for Plaintiff State of Wisconsin*


* *Admitted pro hac vice*

** *Pro hac vice forthcoming*

**Certificate of Service and Rule 7.1 Certification**

On February 13, 2026, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, District of Massachusetts, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2). I further certify that counsel for Plaintiffs conferred with counsel for Defendants, who have indicated they plan to oppose this motion. *See* Doc No. 82.

*/s/ Victoria Roytenberg*
Victoria Roytenberg
Counsel for Plaintiff Commonwealth of Massachusetts