UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-13244 |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT**

**THIS MATTER** comes before the Court upon Plaintiffs' Motion for Summary Judgment regarding the Final Rule promulgated by the U.S. Department of Education on October 31, 2025. William D. Ford Direct Loan (Direct Loan) Program, 90 Fed. Reg. 48966 (Oct. 31, 2025) ("Final Rule" or "Rule"). Following briefing by the parties and oral argument, the Court carefully considered the submissions and decided the matter. For the reasons set forth, and other good cause shown,

**IT IS** on this ___ day of _____, 2026, **ORDERED, ADJUDGED, AND DECREED** as follows:

1. Plaintiffs' Motion for Summary Judgment is **GRANTED** in its entirety.

2. Pursuant to 5 U.S.C. § 706, the Final Rule is hereby **VACATED** in its entirety.

3. Pursuant to 5 U.S.C. § 706 and 28 U.S.C. § 2201(a), the Court **DECLARES** that the Final Rule is unlawful because it violates the Administrative Procedure Act as it is contrary to law, in excess of statutory authority, and arbitrary and capricious.

4. The Clerk is directed to enter Judgment in favor of Plaintiffs, and the Court retains jurisdiction to enforce this Judgment.

**IT IS SO ORDERED**

                                                _____
**Honorable Myong J. Joun**
**United States District Judge**