IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

COMMONWEALTH OF MASSACHUSETTS, et al.,

     Plaintiffs,

v.                                                    Case No. 25-CV-13244-MJJ

U.S. DEPARTMENT OF EDUCATION, et al.,

     Defendants.

## NOTICE OF APPEARANCE AND SUBSTITUTION

PLEASE TAKE NOTICE that Plaintiff, State of Wisconsin, appears in this action by its attorney, Amanda E. Quester, Assistant Attorney General, and asks that all documents in this matter be served upon Assistant Attorney General Quester personally at her office located at 17 West Main Street, Madison, Wisconsin 53703, by first-class mail at Post Office Box 7857, Madison, Wisconsin 53707-7857, or by this court's CM/ECF system.

Assistant Attorney General Amanda E. Quester is hereby substituted as Plaintiff State of Wisconsin's counsel in place of Assistant Attorney General Samuel Ward-Packard.

Dated this 20th day of April 2026.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

s/ Amanda E. Quester
AMANDA E. QUESTER
Assistant Attorney General
State Bar #1065793
Attorneys for State of Wisconsin

2

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-8690
(608) 294-2907 (Fax)
amanda.quester@wisdoj.gov

2