

## STATE OF WISCONSIN
## DEPARTMENT OF JUSTICE

**Josh Kaul**
**Attorney General**

**17 W. Main Street**
**P.O. Box 7857**
**Madison, WI  53707-7857**
**www.doj.state.wi.us**

**Amanda E. Quester**
**Assistant Attorney General**
**amanda.quester@wisdoj.gov**
**(608) 266-8690**
**FAX (608) 294-2907**

May 18, 2026

## VIA ELECTRONIC FILING NOTICE ONLY

Mr. Robert M. Farrell, Clerk
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA  02210

> Re:  *Commonwealth of Massachusetts, et al. v. U.S. Department of Education, et al.,* No. 25CV13244
> Withdrawal of appearance of Samuel T. Ward-Packard

Dear Mr. Farrell:

I hereby request that Assistant Attorney General Samuel T. Ward-Packard be withdrawn from the docket of this appeal. Attorney Ward-Packard represented the State of Wisconsin in this matter but has now obtained employment elsewhere.

I will be representing Plaintiff State of Wisconsin in this appeal. I previously filed an Appearance of Counsel form.

Thank you for your assistance.

Sincerely,

s/ Amanda E. Quester
Amanda E. Quester
Assistant Attorney General

AEQ:jrs
c:    all parties via ecf