**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

MASSACHUSETTS, *et al.*,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF EDUCATION, *et al.*,

*Defendants*.

Case No. 25-cv-13244-MJJ

**DEFENDANTS' NOTICE OF APPEAL**

All Defendants provide notice that they hereby appeal to the United States Court of Appeals for the First Circuit the Court's June 30, 2026 Memorandum of Decision (ECF No. 113) and Order of Dismissal (ECF No. 114), which granted Plaintiffs' February 13, 2026 Motion for Summary Judgment (ECF Nos. 93, 94) and denied Defendants' March 16, 2026 Cross-Motion to Dismiss, or in the Alternative for Summary Judgment (ECF Nos. 99, 100).

Dated: August 27, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Branch Director
Federal Programs Branch

*/s/ Heidy L. Gonzalez*
HEIDY L. GONZALEZ
(FL Bar No. 1025003)
*Trial Attorney*
U.S. Department of Justice,
Civil Division, Federal Programs
1100 L Street, N.W.

Washington, DC 20005
Tel: (202) 598-7409
Email: heidy.gonzalez@usdoj.gov

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2026, I electronically filed this document with the Court by using the CM/ECF system, and that this document was served via the Court's CM/ECF system to all parties of record.

*/s/ Heidy L. Gonzalez*
Heidy L. Gonzalez