# United States Court of Appeals
## For the First Circuit

---

No. 26-1973

COMMONWEALTH OF MASSACHUSETTS; STATE OF NEW YORK; STATE OF NEW YORK; STATE OF COLORADO; STATE OF ARIZONA; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN; PEOPLE OF THE STATE OF CALIFORNIA; COMMONWEALTH OF VIRGINIA,

Plaintiffs - Appellees,

v.

US DEPARTMENT OF EDUCATION; LINDA MARIE MCMAHON, in the official capacity as Secretary of the US Department of Education,

Defendants - Appellants.

---

**MANDATE**

Entered: October 30, 2026

In accordance with the judgment of October 30, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Nicklas Arnold Akers
Aaron Bibb
Kathryn Boughton
David Dana Day
Julia Doyle
Bernard Ardavan Eskandari
Kalikoonalani Diara Fernandes

Erica Ruth Franklin
Martha Fulford
Abraham R. George
Neil Giovanatti
Sarah A. Hunger
Kiel Ireland
Keith Jamieson
Simon Gregory Jerome
Ryan P. Kane
Vanessa L. Kassab
Megan C. Keenan
Robert A. Koch
Ian R. Liston
Donald Campbell Lockhart
Marisa-Lyn Menna
Christina Moylan
Kartik Naram
Daniel Allen Osborn
Jessica L. Palmer
Chandana Pandurangi
Daniel John Ping
Marissa D. Pizana
Thomas Pulham
Amanda Ethel Quester
Jessica Ranucci
Joseph Robert Richie
Victoria Fay Roytenberg
Michael Kenneth Skold
Michael N. Turi
Caroline S. Van Zile
Elizabeth R. Walsh
Caroline E. Wilson
Samuel Perry Wolter
Olivia den Dulk